

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00399-CR

David Nicholas **GALLEGOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR6229
Honorable Melisa Skinner, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, we AFFIRM the judgment of the trial court.

SIGNED May 29, 2013.

_____
Luz Elena D. Chapa, Justice